1  Joseph H. Harrington
2  United States Attorney
   Eastern District of Washington
3  Patrick J. Cashman
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

7
8            UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  UNITED STATES OF AMERICA,
                                        2:19-CR-49-RMP
11              Plaintiff,              INDICTMENT

12         v.                           Vio: 18 U.S.C. § 2261A
13                                          Cyberstalking
14  JAYDIN LEDFORD,                        (Count 1)

15              Defendant.
16                                      18 U.S.C. § 875(c)
                                        Threats in Interstate
17                                      Communications
18                                      (Counts 2 - 3)
19

20      The Grand Jury charges:

21                          COUNT 1
22
        On or about February 1, 2019, in the Eastern District of Washington, the
23
   Defendant, JAYDIN LEDFORD, with the intent to kill, injure, harass, and
24
   intimidate a person in the State of Washington, to wit: O.K., used facilities of
25
   interstate or foreign commerce, including electronic mail and internet websites, to
26
   engage in a course of conduct that placed O.K. in reasonable fear of death or
27
   serious bodily injury, in violation of 18 U.S.C. § 2261A.
28

   INDICTMENT – 1

COUNT 2

On or about February 1, 2019, in the Eastern District of Washington, the Defendant, JAYDIN LEDFORD, knowingly and willfully did transmit in interstate and foreign commerce, a threat to injure the person of another, to wit: the Defendant stated, "[O.K.] is going to get a bullet in his skull," or words to that effect, in violation of 18 U.S.C. § 875(c).

COUNT 3

On or about February 2, 2019, in the Eastern District of Washington, the Defendant, JAYDIN LEDFORD, knowingly and willfully did transmit in interstate and foreign commerce, a threat to injure the person of another, to wit: the Defendant stated "I1639 is law. Sheriffs that are non complaint will be shot. By me," or words to that effect, in violation of 18 U.S.C. § 875(c).

DATED this _5_ day of March, 2019.

A TRUE BILL

_____                    _____
Foreperson

_____
Joseph H. Harrington
United States Attorney

_____
Patrick J. Cashman
Assistant U.S. Attorney

INDICTMENT – 2